DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SANA YASMEEN SYED,

Appellant,

v.

AKRAM SYED,

Appellee.

No. 2D2025-2379

_____

June 12, 2026

Appeal from the Circuit Court for Hillsborough County; Thomas N. Palermo, Judge.

Sana Yasmeen Sayed, pro se.

David M. Caveda of Caveda Law Firm, P.A., Tampa, for Appellee.

PER CURIAM.

 Affirmed.

MORRIS, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.